Third Department. October 1, 1915.) Action by Elsie Coulman, by guardian, etc., against Willis Randall. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event; the court holding that the admission of the declarations of the defendant's attorney, at folios 79 and 80 of the case, constituted error.

COX, Appellant, v. BOYNTON et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Theodore M. Cox against Edward B. Boynton and another. S. Cox, of New York City, for appellant. C. V. Anable, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 N. Y. Supp. 1100.

COX v. BOYNTON et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Theodore M. Cox against Edward B. Boynton and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1100.

COYLE, Respondent, v. HERBERT DONGAN CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Patrick Coyle against the Herbert Dongan Construction Company. W. L. Kiefer, of New York City, for appellant. A. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1100.

COYLE v. HERBERT DONGAN CONST. CO. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Patrick Coyle against the Herbert Dongan Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1100.

COYNE, Respondent, v. MOREHOUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Vera Robinson Coyne against David P. Morehouse and another, individually and as executors and trustees, etc., impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1100.

COYNE, Appellant, v. MOREHOUSE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Vera Robinson Coyne against David P. Morehouse and another, individually and as executors and trustees, etc. No opinion. Motion to dismiss appeal granted, unless appellant file and serve printed papers by October 12th, pay respondent's attorney $10, and be ready for argument on October 18th. See, also, 155 N. Y. Supp. 1100.

COYNE, Appellant, v. MOREHOUSE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Vera Robinson Coyne against David

P. Morehouse and another as executors and trustees, etc.

PER CURIAM. Order modified, by striking out the paragraphs numbered 2, 3, and 4, and, as so modified, affirmed, without costs of this appeal to either party. See, also, 155 N. Y. Supp. 1100.

ROBSON and FOOTE, JJ., dissent.

In re CRESCENT ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the application of the City of New York relative to acquiring title for the widening of Crescent Street, etc. No opinion. Motion to resettle order granted. Resettle order before the Presiding Justice on two days' notice. Motion to certify questions to the Court of Appeals denied as unnecessary. See, also, 154 N. Y. Supp. 1117.

CROCKER POINT ASS'N, Inc., Appellant, v. GOURAUD, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by the Crocker Point Association, Incorporated, against Amy Crocker Gouraud. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.

CUMMINGS, Respondent, v. EIGNOR, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Mary Ella Cummings against Matilda Eignor.

PER CURIAM. Judgment modified, by requiring the plaintiff to pay to defendant a just proportion of the cost of constructing bridge over the creek and along the common right of way, taking into consideration the present condition value of the bridge. In case the parties cannot agree upon the sum to be so paid, that question to be submitted to and determined by Justice Chester at Special Term. As so modified, the judgment is unanimously affirmed, without costs in this court to either party.

CUNNEEN, Respondent, v. KENNEDY, Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Daniel C. Cunneen against Lawrence J. Kennedy. No opinion. Motion granted, and judgment of dismissal directed to be entered in the office of the clerk of the Appellate Division, pursuant to Code Civ. Proc. §§ 1317, 1345. See, also, 154 N. Y. Supp. 1117.

CUPPLES, Appellant, v. WEDEMEYER, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) In the matter of the application of Jane V. Cupples for a peremptory writ of mandamus against Arnold J. B. Wedemeyer, a Justice of the Municipal Court of the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

CUSHMAN, Appellant, v. COOK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 5, 1915.)